07-CV-00050-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CARLOS OLIVARES-GUERRERO, | ) | CASE NO. C07-0050-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALBERTO R. GONZALES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The Court, having reviewed petitioner's motion for stay of removal (Dkt. #2), all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The petitioner's motion for stay of removal is DENIED; and

(3) The Clerk is directed to send copies of this Order to the parties and to Honorable Mary Alice Theiler, United States Magistrate Judge.

DATED this 9th day of February, 2007.

JAMES L. ROBART
United States District Judge

ORDER
PAGE -1